# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

—————

No. 11-3795

—————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Southern |
| v. | * | District of Iowa. |
| | * | |
| Kent Eugene Walker, Sr., | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

—————

Submitted: April 20, 2012
Filed: April 24, 2012

—————

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

—————

PER CURIAM.


In this direct criminal appeal, Kent Walker challenges the reasonableness of the sentence that the district court[1] imposed upon revoking his supervised release. Having carefully reviewed the record, see United States v. Growden, 663 F.3d 982, 984 (8th Cir. 2011), we conclude that the revocation sentence of 8 months in prison, which was within the advisory Guidelines range and below the statutory maximum, followed by 6 months of supervised release, which was also authorized by statute,

---

[1]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

was not unreasonable, <u>see</u> 18 U.S.C. § 3583(e)(3), (h); 21 U.S.C. § 841(b)(1)(B); <u>United States v. Petreikis</u>, 551 F.3d 822, 824 (8th Cir. 2009).  Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____